1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 JIANHUA DONG,                       )
   HONG CHEN,                          )   No. C 07-0266 SBA
13                                     )
                  Plaintiffs,          )
14                                     )
             v.                        )
15                                     )   **STIPULATION TO DISMISS AND**
                                       )   **ORDER**
   MICHAEL CHERTOFF, Secretary of the  )
16 Department of Homeland Security;    )
   EMILIO T. GONZALEZ, Director of     )
17 United States Citizenship and Immigration )
   Services;                           )
18 EVELYN UPCHURCH, Acting Director,   )
   Texas Service Center, U.S.C.I.S.;   )
19 ROBERT S. MUELLER, Director         )
   of Federal Bureau of Investigation, )
20                                     )
                  Defendants.          )
21 _____)

22     Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24 the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C07-0266 SBA                           1

| | | |
|---|---|---|
| 1 | Date: October 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 11, 2007

/s/
JUSTIN WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/12/07

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C07-0266 SBA                    2